# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| W.C., a minor, by and through their parent, B.P., et al, </br></br>  Plaintiffs </br></br> v. </br></br> WARREN COUNTY SCHOOL DISTRICT, et al., </br></br> Defendants | Docket No. 1:21-cv-00273-SPB |

## JOINT MOTION TO SETTLE AND DISCONTINUE

The parties, through their respective counsel, file this Joint Motion to Settle and Discontinue:

1. On October 4, 2021, Plaintiff filed a Complaint, Motion for Temporary Restraining Order and Motion for Preliminary Injunction against the Warren County School District and its Board of Directors related to the District's facemask policy.

2. Following a hearing on October 5, 2021, the Court granted Plaintiffs' Motion for Temporary Restraining Order and issued a temporary restraining order against the Defendants. (ECF No. 8).

3. The parties have reached a settlement that resolves the entire case through the entry of a Consent Order. The proposed Consent Order is being provided herewith.

4. All parties have approved the Consent Order.

2

WHEREFORE, the parties respectfully requests that the Court approve the Consent Order resolving this case.

Respectfully submitted,

| | |
|---|---|
| BEHREND LAW GROUP, LLC | KNOX McLAUGHLIN GORNALL & SENNETT, P.C. |
| BY: */s/Kenneth R. Behrend* <br>    Kenneth R. Behrend, Esq. <br>    The Pittsburgher, Suite 1700 <br>    428 Forbes Avenue <br>    Pittsburgh, PA 15219 <br><br>    Attorneys for Plaintiffs | BY: */s/Michael J. Musone* <br>    Michael J. Musone, Esq. <br>    120 West Tenth Street <br>    Erie, Pennsylvania 16501 <br><br>    Attorneys for Defendant, <br>    Warren County School District |

# 2301965.v1